**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00181-HDM-LRL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALXAVIER WOODS, | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's motion for reduction of sentence (#92) on or before September 2, 2014.

**IT IS SO ORDERED.**

DATED: This 15th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE