**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00181-HDM-LRL |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | ORDER |
| ALXAVIER WOODS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Defendant's motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (#92) is **DENIED WITHOUT PREJUDICE** to renew on or after November 1, 2014, the date on which Amendment 782 to the United States Sentencing Guidelines will become effective absent congressional action to the contrary.

DATED: This 16th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE