**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00181-HDM-LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ALXAVIER WOODS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#99) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014.

    The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

Defendant filed a motion (#100) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion. At the original sentencing, the court accepted a binding plea agreement in lieu of sentencing defendant pursuant to the Career Offender provision. As defendant avoided enhanced penalties as a Career Offender, pursuant to USSG § 4B1.1, as a result of the binding plea agreement, he is precluded from relief.

Accordingly, defendant's motion to withdraw (#99) is **GRANTED**.

Furthermore, defendant's motion seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) (#100) is **DENIED**.

IT IS SO ORDERED.

DATED: This 18th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE